UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>*Brad Martin, et al. v. Actavis, Inc., et al.*<br>Case No. 15-cv-04292 | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |

**ACTAVIS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

Defendants Actavis, Inc., Actavis Pharma, Inc., and Actavis Laboratories UT, Inc. ("Actavis Defendants") respectfully move this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment in their favor on all claims in plaintiff's complaint. There are no genuine issues of material fact as to plaintiff's claims against Actavis Defendants, and therefore, Actavis Defendants are entitled to judgment as a matter of law. In the alternative, the Actavis Defendants move for summary judgment in their favor on plaintiff's comparative fault.

This motion for summary judgment is supported by the attached memorandum of law and the Declaration of Jeffrey D. Geoppinger, the Declaration of James D'Arecca, the Declaration of Tung-Chin Hsieh, M.D., the Declaration of Bruce C. Corser, M.D., the Declaration of David Feigal, Jr., M.D., and the Declaration of Justin Victoria and the exhibits attached thereto and Actavis Defendants Local Rule 56.1 Statement filed contemporaneously herewith.

Dated: May 4, 2018  Respectfully Submitted,

/s/ Jeffrey F. Peck
Joseph P. Thomas
Jeffrey F. Peck
K.C. Green
Jeffrey D. Geoppinger
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email: jthomas@ulmer.com
Email: jpeck@ulmer.com
Email: kcgreen@ulmer.com
Email: jgeoppinger@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc., and Actavis Laboratories UT, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jeffrey F. Peck