# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Brad Martin, et al.
                      Plaintiff,

v.                                           Case No.: 1:15−cv−04292
                                                           Honorable Matthew F. Kennelly

Actavis Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 5, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion [100] for leave to substitute a new expert witness for Dr. Peggy Pence is granted, good cause and due diligence having been shown. At the status hearing set for 1/7/2020, counsel are to be prepared to discuss dates for the prompt Rule 26(a)(2) disclosure for the substitute witness, the taking of the witness's deposition, and any reasonably necessary rebuttal disclosures by the defendants. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.