IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Master Docket No.: 1:14-cv-1748 |
| This document relates to: **BRAD D. MARTIN**                 Plaintiff, v. **ACTAVIS INC.**, *et al.*                 Defendants. | Case No.    1:15-cv-4292<br><br>Judge:    Hon. Matthew F. Kennelly |

# Schedule B

**Defendants' Witness List with Plaintiff's Objections**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br><br> Master Docket Case No. 1:14-cv-01748 <br><br> Honorable Matthew F. Kennelly |
| **THIS DOCUMENTS RELATES TO:** <br><br> *Brad Martin v. Actavis, Inc., et al.*, Case No. 15-cv-04292 | |

**SCHEDULE B TO FINAL PRETRIAL ORDER
ACTAVIS DEFENDANTS' WITNESS LIST**

Defendants Actavis, Inc., Actavis Pharma, Inc., and Actavis Laboratories UT, Inc. ("Actavis Defendants") will call or may call, subject to the Court's ruling on motions in limine, the following witnesses in their case in chief at the trial of this matter scheduled to begin on August 2, 2021:

| Actavis Defendants' Witness[1] | Plaintiff's Objection(s) to the Calling of the Witness |
|---|---|
| **I.     Actavis Corporate Witnesses** | |
| 1.    Lynne Amato (May call via deposition) <br> Florida | |
| 2.    Ralph Bobo (May call via deposition) <br> 100 Interpace Parkway <br> Parsippany, New Jersey  07054 | |
| 3.    Wendy DeSpain (May call via deposition) <br> Utah | |
| 4.    Marianne Kenny (May call via deposition) <br> 3 Brockton Court <br> Ringoes, New Jersey  08551 | |

---

[1] Each witness's trial appearance status is based on the current information available and policies in effect regarding the COVID-19 pandemic, as well as the effect of COVID-19 on the witness based on that witness's personal health circumstances, including COVID-19 risk factors.  Should additional or different information become available, including should policies regarding COVID-19 testing and/or quarantine restrictions change, Actavis Defendants reserve the right to amend a witness's trial appearance status or otherwise request relief from the Court.

| **Actavis Defendants' Witness**[1] | **Plaintiff's Objection(s) to the Calling of the Witness** |
|---|---|
| **I. Actavis Corporate Witnesses** | |
| 5. Kiren Patel (Will call live)<br>5 Giralda Farms<br>Madison, New Jersey 07940 | `Objection.`<br>`See explanation below.` |
| 6. Eric Pluckhorn (May call via deposition)<br>436 Paul Drive<br>Moorestown, New Jersey 08057 | |
| 7. Venus Rosella (May call via deposition)<br>19 Edgemere Road<br>Neptune, New Jersey 07753 | |
| **II. Expert Witnesses** | |
| 8. Bruce C. Corser, M.D., M.B.A. (Will call live)<br>8250 Kenwood Crossing Way, Suite 225<br>Cincinnati, Ohio 45236 | |
| 9. David W. Feigal, Jr., M.D., M.P.H. (Will call live)<br>11806 Barranca Road<br>Santa Rosa Valley, California 93012 | |
| 10. Tung-Chin ("Mike") Hsieh, M.D. (Will call live)<br>UC San Diego Medical Center<br>200 W. Arbor Drive<br>San Diego, California 92103 | |
| 11. Kevin Kip, Ph.D., FAHA, FAAS (Will call live)<br>9120 Highland Ridge Way<br>Tampa, Florida 33647 | |
| 12. Milton Packer, M.D. (Will call live)<br>9323 Preston Road<br>Dallas, Texas 75225 | |
| 13. Justin R. Victoria (Will call live)<br>1 Farmhouse Lane<br>Mendham, New Jersey 07945 | |
| 14. Herbert Weisberg, Ph.D. (May call live)<br>5145 Moneta Lane<br>Apex, North Carolina 27559 | |

Actavis Defendants reserve the right to call in their own case, live or via deposition, any witness called by plaintiff. Further plaintiff has identified Luanne Martin as a fact witness who plaintiff will call live at trial. As such, Actavis Defendants have not included Ms. Martin on their witness list, and they have not designated any deposition testimony of Ms. Martin to play at trial.

Actavis Defendants reserve the right to call Ms. Martin live or by deposition if she is not called as a witness in plaintiff's case in chief.

                                                Respectfully submitted,

*/s/ Jeffrey D. Geoppinger*
Jeffrey D. Geoppinger
John R. Ipsaro
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email: jgeoppinger@ulmer.com
Email: jipsaro@ulmer.com

***Attorneys for Defendants Actavis, Inc.,***
***Actavis Pharma, Inc., and***
***Actavis Laboratories UT, Inc.***

## **Plaintiff's Objection to the Calling of Kiren Patel**

While Mr. Patel was identified on Actavis Defendants' initial disclosures, Plaintiff believes the confusion surrounding who was a proper witness on that list, Actavis' delays in delivering discovery, and the incompleteness of the discovery hampered Plaintiff's ability to properly prepare for Mr. Patel as a witness.

To offset these issues, Plaintiff requests the Court prevent Mr. Patel from testifying. In the alternative, Plaintiff request the Court allow Plaintiff to obtain Mr. Patel's custodial file and his deposition in preparation for trial.

Plaintiff raised these issues with Defendants in a meet and confer and Defendants say they are still considering a compromise Plaintiff offered in which Plaintiff would waive his objection in exchange for production of the custodial file, but not deposition.