IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Master Docket No.: 1:14-cv-1748 |
| This document relates to:<br><br>**BRAD D. MARTIN**<br><br>Plaintiff,<br><br>v.<br><br>**ACTAVIS INC.**, *et al.*<br><br>Defendants. | Case No.    1:15-cv-4292<br><br>Judge:    Hon. Matthew F. Kennelly |

**PLAINTIFF'S SEQUENCE OF WITNESSES AND WITNESS PRIORITY**

Pursuant to the Court's Order (doc. 290), Plaintiff submits the following Sequence of Witnesses and Witness Priority List.

**I.    SEQUENCE OF VIDEO DEPOSITION WITNESSES**

Plaintiff provides the following sequence of "will-call" video deposition witness and "may-call" video deposition witnesses. Additionally, Plaintiff will call live fact and expert witnesses, but they are not listed here.

**A.    PLAINTIFF WILL CALL (BY VIDEO DEPOSITION)**

Plaintiff intends to call the following witness by video deposition, in this order:

1.    Knowles, Christopher
2.    Desai, Deepa

      3.    Cassarino, Christopher

      4.    Bobo, Ralph

      5.    Pluckhorn, Eric

      6.    Armstrong, Deborah

      7.    Kenny, Marianne

      8.    Amato, Lynne

      9.    Rosella, Venus

      10.   DeSpain, Wendy

**B. PLAINTIFF MAY CALL (BY VIDEO DEPOSITION)**

The below witnesses are not presently scheduled to play at trial. Depending on what Actavis Defendants present in their case in chief (including testimony they designate to play, even if played by Plaintiff during his case in chief), Plaintiff may call the following witnesses on rebuttal:

      1.    Marion, Lisa

      2.    Eckstein, Thomas

**II. WITNESS PRIORITY**

Regardless of the order in which he calls witnesses at trial, Plaintiff respectfully requests the Court evaluate the witnesses in this priority:[1]

      1.    DeSpain, Wendy

      2.    Desai, Deepa

      3.    Bobo, Ralph

      4.    Knowles, Christopher

---

[1] At the risk of stating the obvious: the lower the number, the more important the witness. For example, should Wendy DeSpain (priority 1) and Deepa Desai (priority 2) inappropriately overlap, Plaintiff requests the offending testimony be struck from Ms. Desai and allowed to play in Ms. DeSpain's video.

5. Cassarino, Christopher
6. Eckstein, Thomas
7. Pluckhorn, Eric
8. Armstrong, Deborah
9. Amato, Lynne
10. Rosella, Venus
11. Kenny, Marianne
12. Marion, Lisa

### III. UPDATED DESIGNATIONS

In the interest of efficiency, along with this filing, Plaintiff is transmitting substantially reduced designations for Amato, Armstrong, Bobo, Cassarino, Kenny, and Marion to Defendants.

July 14, 2021

Respectfully Submitted,

*/s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
Tel. (419) 930-6401
Fax (419) 930-6403
Email jim@obrien.law

Lindsay Ann Lawrence
RITTGERS & RITTGERS
3734 Eastern Avenue
Cincinnati, Ohio 45226
Tel. (513) 265-3267
Email lindsay@rittgers.com

*Trial Counsel for Plaintiff Brad D. Martin*

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

>Joseph P Thomas
>John Ipsaro
>Jeffrey Daniel Geoppinger
>Jeffrey Francis Peck
>K.C. Green
>ULMER & BERNE LLP
>600 Vine Street
>Suite 2800
>Cincinnati, OH 45202
>(513) 698-5004
>Email: jipsaro@ulmer.com
>Email: jthomas@ulmer.com
>Email: jgeoppinger@ulmer.com
>Email: jpeck@ulmer.com
>Email: kcgreen@ulmer.com
>
>Hariklia Karis
>Rachel B. Haig
>Richard Updike Sherman Howell
>Timothy Conrad Pickert
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, IL 60654
>(312) 862-2000
>Email: hkaris@kirkland.com
>Email: rachel.haig@kirkland.com
>Email: rhowell@kirkland.com
>Email: tim.pickert@kirkland.com
>
>*Counsel for Actavis Inc., Actavis Pharma Inc., Actavis Laboratories UT Inc., and Anda Inc.*

by filing a copy on the Court's electronic filing system on this date.

July 14, 2021             */s/ James G. O'Brien*
                         James G. O'Brien (Ohio 0088460, Cal. 308239)